## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KIM TRAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 5:15-cv-00743-HE |
| | ) | |
| FARMERS NEW WORLD | ) | |
| LIFE INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, having entered a settlement agreement, jointly stipulate to dismiss the above-styled cause of action, with prejudice.

Dated this 15th day of February 2016.

/s/ John Branum
John L. Branum, OBA #20165
BRANUM LAW FIRM, PLLC
7701 South Western Avenue, Suite 205
Oklahoma City, Oklahoma 73139
(800) 318-9950 (Phone)
(800) 418-8210 (Fax)
John@Branumlawfirm.com

-and-

Walter D. Haskins
Atkinson, Haskins, Nellis,
Brittingham, Gladd & Fiasco, P.C.
1500 Park Centre 525 South Main
Tulsa, Oklahoma 74103
(918) 582-8877 (Phone)
(918) 585-8096 (Fax)
whaskins@ahn-law.com

/s/ Johnny R. Blassingame*
J. Angela Ables, OBA #0112
Johnny R. Blassingame, OBA # 21110
Andrew G. Hill, OBA # 30584
KERR, IRVINE, RHODES & ABLES
201 Robert S. Kerr Ave., Suite 600
Oklahoma City, OK 73102-4267
(405) 272-9221 Telephone
(405) 236-3121 Facsimile
aables@kiralaw.com
jblassingame@kiralaw.com
ahill@kiralaw.com
*Signed with permission of counsel

1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 15th day of February, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

J. Angela Ables
Walter Haskins, III
Johnny Blassingame
Andrew Hill
John Branum


BRANUM LAW FIRM, PLLC


*s/ John Branum*